**Order filed, September 09, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00593-CV

———————

**BARBARA WHITE, Appellant**

**V.**

**JAMES N. WHITE, JR. AND AUDREY R. GORHAM, Appellee**

---

**On Appeal from the 311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-65951**

---

### ORDER

The reporter's record in this case was due **August 20, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Sheryl Stapp and Angelia Singleton**, the court reporters, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM